FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD HAROLD LEWIS,<br><br>   Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>   Respondent. | Case No.   EDCV 08-1325-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 10, 2009

Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY